# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| In re<br>TAMARA DEVEREUX<br><br>Debtor | CASE NO. 23-10074<br>CHAPTER 13 |
| TAMARA DEVEREUX<br>        Plaintiff<br><br>vs.<br><br>US DEPARTMENT OF EDUCATION<br>        Defendant | ADV. PRO. CASE NO: 23-01006 |

## THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS

COMES NOW the Plaintiff, Tamara Devereux, and the Defendant, the United States Department of Education ("DOE"), together the "Parties", through the undersigned counsel, and respectfully request the entry of a proposed Order for a limited stay of this matter until October 17, 2023.

In support of its motion, the Parties assert as follows:

1. Debtor Tamara Devereux filed this adversarial case under 11 U.S.C. § 523(a)(8) on June 26, 2023, Case No. 23-01006.

2. Debtor's complaint seeks discharge of her federal student loans as constituting an undue hardship pursuant to 11 U.S.C. § 523(a)(8).

3. The Parties seek to stay this case, as they wish to implement the DOJ guidance instituted on November 17, 2022. It requires the exchange of information which will hopefully avoid motion practice and bring things to an amicable resolution.

4. Also, the Court has raised a question to the Plaintiff, specifically if she is eligible

for a discharge in the present case. The parties wish to allow time for this issue to be resolved before moving forward with the AP.

5. The Parties request a stay of all proceedings in this action until October 17, 2023, during which period all deadlines for filing a responsive pleading or answer, further pleadings, a Rule 26(f) planning conference, exchange of Rule 26(a) initial disclosures, a Rule 16 Scheduling Conference, and all discovery shall be stayed.

6. As Defendant's Answer or other responsive pleading is presently due August 26, 2023, it is requested that the deadline be extended to November 7, 2023, or three weeks after the lifting of the proposed stay.

WHEREFORE, the Parties request the Court enter an order granting the joint motion to stay proceedings.

Submitted by:
Joshua RI Cohen
*/s/ Joshua RI Cohen*
Joshua RI Cohen
Cohen Consumer Law, PLLC
PO Box 1040
St. Albans, VT 05478 (802) 380-888y
(860) 233-0339 (FAX)
jcohen@thestudentloanlawyer.com
Attorney for Plaintiff

*/s/ Jocelyn L. Koch*
Jocelyn L. Koch
Assistant United States Attorney
11 Elmwood Avenue
PO Box 570
Burlington, VT 05402
802-951-6725
Fax: 802-951-6540
Email: jocelyn.koch@usdoj.gov
Attorney for the United States of America

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered with CM/ECF for this case.

                                                         *s/Joshua RI Cohen*
                                                         Joshua RI Cohen