# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| **In re**<br>**TAMARA DEVEREUX**<br><br>    **Debtor** | **CASE NO. 23-10074**<br>**CHAPTER 13** |
| **TAMARA DEVEREUX**<br>            **Plaintiff**<br><br>    **vs.**<br><br>**US DEPARTMENT OF EDUCATION**<br>            **Defendant** | **ADV. PRO. CASE NO: 23-01006** |

## ORDER ON THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS

Upon consideration of the parties' jointly filed motion, it is hereby ORDERED that the above captioned Adversary Proceeding is hereby stayed until October 17, 2023. Defendant's answer shall be filed by November 7, 2023. Further, if the parties are moving forward in an amicable fashion and need more time for the DOJ guidance/process, the court would entertain a second stay

Dated at Burlington, Vermont, in the District of Vermont, this _____ day of July, 2023